■ The People of the State of New York, Respondent, v Rafael Hernandez, Appellant. [853 NYS2d 79]—

Defendant received effective assistance of counsel under the state and federal standards (*see People v Benevento*, 91 NY2d 708, 713-714 [1998]; *see also Strickland v Washington*, 466 US 668 [1984]). Defendant asserts that his counsel rendered ineffective assistance by failing to make specific challenges to the sufficiency of the evidence. While failing to make a "winning argument" can constitute ineffective assistance (*People v Turner*, 5 NY3d 476, 481 [2005]), none of the arguments in question fall into that category. The evidence supported the conclusion that defendant had no privilege or license to enter either of the apartments at issue (*see e.g. People v Quinones*, 173 AD2d 395 [1991], *lv denied* 78 NY2d 972 [1991]), and also supported the conclusion that he left his fingerprints in those apartments in the course of burglarizing them (*see e.g. People v Texeira*, 32 AD3d 756 [2006], *lv denied* 7 NY3d 904 [2006]), and we find that arguments to the contrary would have been unavailing. Concur—Mazzarelli, J.P., Saxe, Friedman and Nardelli, JJ. [*See* 7 Misc 3d 568.]